UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>BANK OF AMERICA, N.A., BANC OF )<br>AMERICA MORTGAGE SECURITIES, INC., )<br>and MERRILL LYNCH, PIERCE, FENNER & )<br>SMITH, INC. f/k/a BANC OF AMERICA )<br>SECURITIES LLC, )<br>)<br>Defendants. )<br>) | Civil Action No. 3:13-cv-447<br>Hon. Max Cogburn, Jr. |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF

Defendants Bank of America, N.A. ("BANA"), Banc of America Mortgage Securities, Inc. ("BOAMS"), and Merrill Lynch, Pierce, Fenner & Smith, Inc. f/k/a/ Banc of America Securities LLC ("BAS") (collectively, the "Bank" or "Defendants"), by and through their undersigned attorneys and pursuant to Federal Rule of Civil Procedure 12(b)(6), move to dismiss the Complaint filed against them by the Securities and Exchange Commission ("Plaintiff") for failure to state a claim upon which relief can be granted. The grounds for this Motion are more fully set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

WHEREFORE, Defendants respectfully request that the Court grant this Motion and dismiss Plaintiff's Complaint with prejudice and grant such other and further relief as justice may require.

Dated: November 8, 2013

Respectfully submitted,

/s/ Kenneth D. Bell

McGuire Woods LLP

Kenneth D. Bell (N.C. Bar No. 10800)
201 North Tryon Street, Suite 3900
Charlotte, North Carolina 28202
(704) 373-8999 (tel)
KBell@McGuireWoods.com

Reed Smith LLP

Amy J. Greer (*pro hac vice* pending)
Terence M. Healy (DC office)
   (*pro hac vice* pending)
599 Lexington Avenue 22nd Floor
New York, New York 10022
(212) 521-5400 (tel)
AGreer@ReedSmith.com
THealy@ReedSmith.com

Skadden Arps Slate Meagher
  & Flom LLP

John K. Carroll (*pro hac vice* pending)
Boris Bershteyn (*pro hac vice* pending)
Four Times Square
New York, New York 10036
(212) 735-3000 (tel)
John.Carroll@Skadden.com
Boris.Bershteyn@Skadden.com

Charles F. Smith (*pro hac vice* pending)
Amy L. Van Gelder (*pro hac vice* pending)
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 407-0700 (tel)
Charles.Smith@Skadden.com
Amy.VanGelder@Skadden.com

*Counsel to Defendants Bank of America, N.A.,
Banc of America Mortgage Securities, Inc., and Merrill Lynch, Pierce,
Fenner & Smith, Inc. f/k/a Banc of America Securities, LLC*

2

Case 3:13-cv-00447-MOC-DSC   Document 14   Filed 11/08/13   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>M. Graham Loomis, Esq.
>Mark Eric Harrison, Esq.
>U.S. Securities and Exchange Commission
>950 East Paces Ferry Road, N.E., Suite 900
>Atlanta, GA 30062
>loomism@sec.gov
>harrisonm@sec.gov
>
>Kristin Beth Wilhelm, Esq.
>U.S. Securities & Exchange Commission
>3475 Lenox Road, N.E., Suite 500
>Atlanta, GA 30326-1232
>wilhelmk@sec.gov

This the 8th day of November, 2013.

>/s/ Kenneth D. Bell
>Kenneth D. Bell
>N.C. State Bar Number 10800