# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-00447-MOC-DSC

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) ) v. ) ) BANK OF AMERICA, N.A., et al., ) ) ) Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Amy L. Van Gelder, Boris Bershteyn, Charles F. Smith, John K. Carroll, Amy J. Greer and Terence M. Healy]" (documents ## 15, 16, 17, 18, 19 and 20) filed November 8, 2013. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: November 8, 2013

David S. Cayer
United States Magistrate Judge