UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00447-MOC-DSC

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | ORDER |
| **BANC OF AMERICA MORTGAGE SECURITIES, INC., et al.,** | ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the defendants' Objections to the Memorandum and Recommendation and plaintiff's Response. As the Objections have now been fully briefed, see Fed.R.Civ.P. 72(b)(2), the court will calendar the Objections for oral arguments.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Objections (#30) to the Memorandum and Recommendation (#29) are calendared for oral arguments on June 11, 2014, at 10 a.m. in Asheville.

Signed: May 8, 2014

Max O. Cogburn Jr.
United States District Judge