# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:13-cv-447-MOC-DSC ) |
| BANK OF AMERICA, N.A., BANC OF AMERICA MORTGAGE SECURITIES, INC., and MERRILL LYNCH, PIERCE, FENNER & SMITH INC. f/k/a BANC OF AMERICA SECURITIES LLC, | ) ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

Before the Court is a Joint Motion to Stay Proceedings. Upon the agreement of the parties, it is hereby

**ORDERED** that the Joint Motion to Stay Proceedings is **GRANTED**. Proceedings are stayed until October 21, 2014.

**SO ORDERED**.

Signed: 08/25/2014

David S. Cayer
United States Magistrate Judge