# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 3:13-cv-447-MOC-DSC |
| BANK OF AMERICA, N.A., BANC OF AMERICA MORTGAGE SECURITIES, INC., and MERRILL LYNCH, PIERCE, FENNER & SMITH INC. f/k/a BANC OF AMERICA SECURITIES LLC, ) ) ) ) ) ) | |
| Defendants. ) | |

## ORDER

Before the Court is a Joint Motion to Stay Proceedings. Upon the agreement of the parties, it is hereby

**ORDERED** that the Joint Motion to Stay Proceedings is **GRANTED**. Proceedings are stayed until November 20, 2014.

**SO ORDERED**.

_____
David S. Cayer
United States Magistrate Judge