# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          **Plaintiff,**<br><br>    v.<br><br>BANK OF AMERICA, N.A., BANC OF AMERICA MORTGAGE SECURITIES, INC., and MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. f/k/a BANC OF AMERICA SECURITIES LLC,<br><br>          **Defendants.** | Civil Action No. 3:13-cv-447 |

## ORDER TO APPOINT A TAX ADMINISTRATOR

This matter is before the Court on Plaintiff's Motion to Appoint a Tax Administrator (the "Motion"). Having considered the Motion and the record and being otherwise fully advised in the premises, for good cause shown the Motion is **GRANTED**.

The Court **HEREBY ORDERS AND ADJUDGES** as follows**:**

1. Damasco & Associates LLP is appointed as Tax Administrator to execute all income tax reporting requirements, including the preparation and filing of tax returns, with respect to funds under this Court's jurisdiction in this case (the "Distribution Fund").

2. Damasco & Associates LLP shall be designated the administrator of the Distribution Fund, pursuant to section 468B(g) of the Internal Revenue Code (IRC), 26 U.S.C. § 468B(g), and related regulations, and shall satisfy the administrative requirements imposed by those regulations, including but not limited to (a) obtaining a taxpayer identification number, (b) filing applicable federal, state, and local tax returns and paying taxes reported thereon out of

the Distribution Fund, and (c) satisfying any information, reporting, or withholding requirements imposed on distributions from the Distribution Fund. The Tax Administrator shall contemporaneously provide copies of all such filings to the Commission's counsel of record.

3. The Tax Administrator shall, at such times as the Tax Administrator deems necessary to fulfill the tax obligations of the Distribution Fund, submit a declaration of the amount of taxes due to Commission staff. Commission staff is authorized, after its review of supporting documentation, to approve and arrange payment of all tax obligations owed by the Distribution Fund directly from the Distribution Fund without further approval of this Court.

4. The Tax Administrator shall be entitled to charge reasonable fees for tax compliance services and related expenses in accordance with its agreement with the Commission. The Tax Administrator shall, at such times as the Tax Administrator deems appropriate, submit a declaration of fees and expenses to Commission staff. Commission staff is authorized, after its review of supporting documentation, to approve and arrange payment of all fees and expenses owed by the Distribution Fund directly from the Distribution Fund without further approval of this Court.

Signed: October 21, 2015

Max O. Cogburn Jr.
United States District Judge