| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| | **Plaintiff,** |
| **v.** | |
| **BANK OF AMERICA, N.A., BANC OF AMERICA MORTGAGE SECURITIES, INC., and MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. f/k/a BANC OF AMERICA SECURITIES LLC,** | |
| | **Defendants.** |

### ORDER APPROVING PLAN OF DISTRIBUTION FOR BANK OF AMERICA MORTGAGE OBLIGATIONS DISTRIBUTION FUND

The Court having considered the Securities and Exchange Commission's (the "SEC") Unopposed Motion to Approve Plan of Distribution for Bank of America Mortgage Obligations Distribution Fund (the "Motion") and the Plan of Distribution for the Bank of America Mortgage Obligations Distribution Fund (the "Plan"), and being fully advised in the premises, for good cause shown,

### ORDER

**IT IS HEREBY ORDERED** that:

1. The Motion (#58) is **GRANTED**; and

2. The Plan is approved and the Distribution Fund[1] shall be distributed in accordance with the Plan.

Signed: July 3, 2018

Max O. Cogburn Jr.
United States District Judge

---

1  All capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Plan.