# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO: 3:13-CV-00447-MOC-DSC

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>**BANK OF AMERICA, N.A., et al.,** )<br> )<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** comes before the Court on Plaintiff's Motion for an Order Authorizing the Disbursement of the Bank of America Mortgage Obligations Distribution Fund, Doc. No. 67, and a Motion to Amend that motion to indicate it is unopposed, Doc. No. 68. Having considered these motions, the Bank of America Distribution Plan approved by this Court on July 3, 2018, and the Declaration of the Distribution Agent, and being otherwise fully advised on this matter, the Court hereby enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that, for good cause shown, Plaintiff's Motions, Doc. Nos. 67–68, are **GRANTED**, and the Distribution Agent **SHALL** disburse the Net Available Distribution Fund in the amount of $119,758,536.86 to the six Eligible Claimants in accordance with the terms of the Distribution Plan and the motions.

Signed: July 2, 2020

Max O. Cogburn Jr.
United States District Judge